IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | NO. 3:12-CR-0091-L |
| LON GRISHAM | § | |

## MEMORANDUM ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Rebecca Rutherford for consideration. The court has received the Report and Recommendation of the United States Magistrate Judge ("Report") (Doc. 52), filed December 20, 2023. Defendant having waived allocution before this court as well as his right to object to the Report, the court determines that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ordered** that the Report is **accepted** as the opinion and findings of the court. It is **further ordered** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of **Eight (8) months**. No term of Supervised Release is to follow Defendant's release from custody.

The court recommends that Defendant be allowed to serve his sentence at FCI Seagoville or facility nearby, if appropriate.

**It is so ordered** this 21st day of December, 2023.

_____
Sam A. Lindsay
United States District Judge

Solo Page